# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN C. HUMPHREYS, | ) Case No.: 5:12-cv-03414-TJS |
| Plaintiff, | ) |
| | ) VOLUNTARY DISMISSAL WITH |
| vs. | ) PREJUDICE |
| | ) |
| PENN CREDIT CORPORATION, | ) |
| | ) |
| Defendant | ) |

COMES NOW, the Plaintiff, freely and voluntarily dismisses the action filed herein against the Defendant, PENN CREDIT CORPORATION, with prejudice.

Dated this 4th day of October, 2012

By: *[signature]*

Dismissal - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: PENN CREDIT CORPORATION, 916 S. 14th St., Harrisburg, PA 17104, on this 4th day of October, 2012.

By:

_____
Brian C. Humphreys,
Plaintiff, *pro se*

Dismissal, Case No.: 5:12-cv-03414-TJS